Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 4767 | **DATE** | 3/30/2004 |
| **CASE TITLE** | GEORGE MITCHELL vs. UNION PACIFIC RAILROAD | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

MEMORANDUM OPINION AND ORDER

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion And Order. Plaintiff's motion's for leave to proceed in forma pauperis, motion to appoint counsel and motion to reinstate are denied.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | Document Number |
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | MAR 31 2004 date docketed | | |
| ✓ | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| LG courtroom deputy's initials | | | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GEORGE MITCHELL,               )
                               )
            Plaintiff,         )
                               )
      vs.                      )  No. 03 C 4767
                               )
UNION PACIFIC RAILROAD,        )
                               )
            Defendant.         )

MEMORANDUM OPINION AND ORDER

Plaintiff sought to pursue a claim *in forma pauperis*. We concluded on August 27, 2003, that it lacked any merit, and accordingly denied leave to file *in forma pauperis*. We denied plaintiff's motion for reconsideration on September 24, 2003.

On October 24, 2003, plaintiff filed a notice of appeal. That same day he filed yet another motion in this court, this time to reinstate the case, grant leave to proceed *in forma pauperis*, and to appoint counsel. We did not act on that motion because we believed we no longer had jurisdiction. Apparently the Court of Appeals has delayed the prosecution of the appeal because of the motion before this court. The appeal has, accordingly, languished. To permit plaintiff to take whatever action he wishes and can pursue on appeal, we deny the motion to reinstate. We once again deny the motion for leave to proceed *in forma pauperis* and deny the motion to appoint counsel, recognizing some uncertainty as to our jurisdiction to rule on the second and third prongs of his motion once we have denied his motion to reinstate (and also doubting our jurisdiction to rule on his motion to reinstate, other than to deny it on the basis of lack of jurisdiction in light of his simultaneous notice of appeal). If the motion is pursuant to Federal Rule of Civil Procedure 24, for leave to appeal *in forma pauperis*, the

motion is denied for the reasons stated in the Memoranda and Orders of August 27 and September 24, 2003.

>                               /s/ James B. Moran
>                               **JAMES B. MORAN**
>                               Senior Judge, U. S. District Court

March 30, 2003.